**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO:**

| | |
|---|---|
| CAROL STIRN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BUREAU OF COLLECTION | )   **COMPLAINT** |
| RECOVERY, INC. | ) |
| | ) |
| Defendant. | ) |

## INTRODUCTION

1. This action arises out of Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant maintains a business office in the State of Minnesota, personal jurisdiction is established.

4. Venue in the United States District Court is proper under 28 U.S.C. § 1391(b)(1).

5. Declaratory relief is available pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

## PARTIES

6. Plaintiff is a natural person residing in Sykesville, Maryland.

7. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

8. Defendant is a national collection agency with its principle place of business at located at 7575 Corporate Way, Eden Praire, Minnesota.

9. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. At all times relevant to this Complaint, Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of Minnesota.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant placed telephone calls to Plaintiff from telephone number (800) 831-7311.

13. Defendant's agent "Debbie" left voicemail messages for Plaintiff to call back to telephone number (877) 788-1060 extension 4051. When Plaintiff attempted to call "Debbie" back, there was no answer.

14. Defendant failed to identify itself as a debt collector.

15. Defendant threatened to file a lawsuit against Plaintiff if she did not pay the alleged debt.

16. Defendant failed to provide a debt validation letter.

## COUNT ONE:
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

17. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiff;

   b. Defendant violated *§1692d(6)* of the FDCPA when Defendant placed telephone calls without meaningful disclosure of the caller's identity by calling Plaintiff and hanging up without leaving a message; and

   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant threatened to file a lawsuit against Plaintiff.

18. Plaintiff is entitled to her attorney's fees and costs incurred in this action.

19. This case presents an actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant for the following:

   a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*;
   b. Actual damages;
   c. Statutory damages pursuant to 15 U.S.C. § 1692k;
   d. Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and
   e. Awarding such other and further relief as may be just, proper and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demands a trial by jury.  US Const. amend. 7.  Fed.R.Civ.Pro. 38.

                                                        **KROHN & MOSS, LTD**

Dated: December 17, 2009

                                            By: s/ Lee Cassie Yates_____
                                                Lee Cassie Yates - # 352688
                                                120 West Madison Street, 10th Floor
                                                Chicago, Illinois 60602
                                                Telephone: (312) 578-9428

                                                *Attorney for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MARYLAND )
                               ) ss.
COUNTY OF _____ )

Plaintiff, Carol Stirn having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

*Carol Stirn*
Carol Stirn

-5-