**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:09-cv-03610-RHK-SRN**

| | |
|---|---|
| CAROL STIRN, | ) |
| Plaintiff, | ) Judge: Richard H. Kyle |
| vs. | ) |
| BUREAU OF COLLECTION RECOVERY, INC. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | ) |

NOW COMES Plaintiff, CAROL STIRN ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC. ("Defendant"), in this case.

Respectfully Submitted,

DATED: March 3, 2010   **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates
Lee Cassie Yates- # 0352688
Krohn & Moss, Ltd.
120 West Madison Street, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorney for Plaintiff*

1